UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ADASA BLANCO,

                    Plaintiff,

   -against-

TWENTY-FIRST CENTURY FOX, INC.,
FOX NEWS NETWORK LLC,
JUDITH SLATER, in her individual and
professional capacities, and DIANNE BRANI, in
her individual and professional capacities and
SUSAN LOVALO, in her individual and
Professional capacities,

                    Defendants.
-------------------------------------------------------------x

**STIPULATION AND ORDER**

No. 1:17-cv-03017 (ALC)

WHEREAS Plaintiff filed her Complaint in this matter on April 25, 2017.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the Defendants will respond to the Complaint by June 5, 2017.

Dated: New York, New York
       May 3, 2017

EPSTEIN BECKER & GREEN, P.C.

By: _____
Ronald M. Green
David W. Garland
Barry Asen
John H. Pope
220 Park Avenue
New York, New York 100177-1211
(212) 351-4500
*Attorneys for Defendants
21st Century Fox, Fox News
and Dianne Brandi*

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By: _____
Catherine M. Foti
Curtis B. Leitner
565 5th Ave.
New York, New York 10017
212-880-9530
*Attorneys for Defendant
Judith Slater*

WIGDOR LLP

By: *[signature]*
Douglas H. Wigdor
Jeanne M. Christensen
Michael J. Willemin
85 5th Avenue
New York, NY 10003
212-257-6800
*Attorneys for Plaintiffs*

SO ORDERED:

*[signature: Andrew L. Carter Jr.]*

MAY 8, 2017