UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADASA BLANCO and VIDYA MANN,<br><br>                Plaintiffs,<br><br>     v.<br><br>TWENTY-FIRST CENTURY FOX, INC., FOX NEWS NETWORK LLC, JUDITH SLATER, in her individual and professional capacities, and DIANNE BRANDI, in her individual and professional capacities and SUSAN LOVALLO, in her individual and professional capacities,<br><br>                Defendants. | Case No. 1:17-cv-03017 (ALC)(RLE) |

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT TWENTY-FIRST CENTURY FOX, INC.

      Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Twenty-First Century Fox, Inc., a private non-governmental corporate party, certifies that Twenty-First Century Fox, Inc. is a publicly held corporation trading on the National Association of Securities Dealers Automated Quotations Exchange under the symbol FOXA. Twenty-First Century Fox, Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York  
        June 12, 2017

Respectfully submitted

**DLA PIPER LLP (US)**

By: /s/ Eric J. Wallach  
    Eric J. Wallach  
    eric.wallach@dlapiper.com  
    Joseph A. Piesco

[joseph.piesco@dlapiper.com](mailto:joseph.piesco@dlapiper.com)

1251 Avenue of the Americas, 27th Floor
New York, NY 10020
T: (212) 335-4500
F: (212) 335-4501

*Attorneys for Defendants Twenty-First Century Fox, Inc., and Fox News Network, LLC*