UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADASA BLANCO and VIDYA MANN,<br><br>                Plaintiffs,<br><br>      v.<br><br>TWENTY-FIRST CENTURY FOX, INC., FOX NEWS NETWORK LLC, JUDITH SLATER, in her individual and professional capacities, and DIANNE BRANDI, in her individual and professional capacities and SUSAN LOVALLO, in her individual and professional capacities,<br><br>                Defendants. | Case No. 1:17-cv-03017 (ALC)(RLE) |

### RULE 7.1 DISCLOSURE STATEMENT OF
### DEFENDANT FOX NEWS NETWORK, LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Fox News Network, LLC, a private non-governmental corporate party, certifies that Fox News Network, LLC is an indirectly owned subsidiary of Twenty-First Century Fox, Inc., a publicly held corporation.  Other than Twenty-First Century Fox, Inc., no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       June 12, 2017

Respectfully submitted

**DLA PIPER LLP (US)**

By: /s/ Eric J. Wallach
     Eric J. Wallach
     eric.wallach@dlapiper.com
     Joseph A. Piesco
     joseph.piesco@dlapiper.com

1251 Avenue of the Americas, 27th Floor
New York, NY 10020
T: (212) 335-4500
F: (212) 335-4501

*Attorneys for Defendants Twenty-First Century Fox, Inc., and Fox News Network, LLC*