```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ADASA BLANCO AND VIYA MANN,

                           Plaintiffs,

             -against-

TWENTY-FIRST CENTURY FOX, INC., FOX
NEWS NETWORK LLC, JUDITH SLATER, in
her individual and professional capacities, and
DIANNE BRANDI, in her individual and
professional capacities and SUSAN LOVALLO,
in her individual and professional capacities,

                           Defendants.
----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2018

**ORDER**

1-17-cv-3017 (ALC)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A status conference was held on March 12, 2018. As discussed during the conference, in light of defense counsel's impending trial this month, the court grants the parties' request to extend the discovery deadlines in this matter. The fact discovery deadline is hereby extended to **June 8, 2018** and the expert discovery deadline is extended to **July 27, 2018.**

A status conference will be held on **May 8, 2018 at 9:45 a.m.** in Courtroom 17D, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: March 13, 2018
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1