**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

May 7, 2018

**VIA ECF**

The Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

      Re:    Blanco, *et al.* v. Twenty-First Century Fox, Inc., *et al.*;
             Civil Case No. 17-cv-3017 (ALC)(KHP)

Dear Judge Parker:

We represent Plaintiffs in the above-referenced action. We write with the consent of all parties to respectfully request that the status conference currently scheduled for May 8, 2018 at 9:45 a.m. be rescheduled for a date convenient for the Court in June. This is the first request for the adjournment of this conference. We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

cc:    Counsel of Record (*via* ECF)