# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-7-2018

**Michael J. Willemin**
mwillemin@wigdorlaw.com

May 7, 2018

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

      Re:    Blanco, *et al.* v. Twenty-First Century Fox, Inc., *et al.*;
              <u>Civil Case No. 17-cv-3017 (ALC)(KHP)</u>

Dear Judge Parker:

We represent Plaintiffs in the above-referenced action. <u>We write with the consent of all parties to respectfully request that the status conference currently scheduled for May 8, 2018 at 9:45 a.m. be rescheduled for a date convenient for the Court in June.</u> This is the first request for the adjournment of this conference. We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

*/s/ Michael J. Willemin*

Michael J. Willemin

cc:    Counsel of Record (*via* ECF)

**APPLICATION GRANTED:** The status conference currently scheduled for May 8, 2018 is hereby rescheduled to **June 5, 2018 at 2:30 p.m.** in Courtroom 17-D.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

5-7-18