**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
ADASA BLANCO and VIDYA MANN,

                        Plaintiffs,

           v.

TWENTY-FIRST CENTURY FOX, INC., FOX NEWS NETWORK LLC, JUDITH SLATER, in her individual and professional capacities, and DIANNE BRANDI, in her individual and professional capacities and SUSAN LOVALLO, in her individual and professional capacities,

                        Defendants.
------------------------------------------------------------- X

Civil Action No.: 17-cv-03017 (ALC)

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties to this action, through their respective counsel, that the above-captioned action be and is hereby **DISMISSED IN ITS ENTIRETY WITH RESPECT TO ALL DEFENDANTS**, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and expenses, including attorneys' fees. This Stipulation may be signed in counterparts, and facsimile or electronic signatures shall have the same force and effect as original signatures.

| | |
|---|---|
| **WIGDOR LLP** | **DLA PIPER LLP (US)** |
| By: *[signature: Jeanne Christensen]* | By: _____ |
| Douglas H. Wigdor, Esq. | Eric J. Wallach, Esq. |
| Jeanne M Christensen, Esq. | Joseph A. Piesco, Jr., Esq. |
| Michael J. Willemin, Esq. | Garrett D. Kennedy, Esq. |
| | |
| 85 Fifth Avenue | 1251 Avenue of the Americas |
| New York, New York 10003 | New York, New York 10020 |
| Tel.: (212) 257-6800 | Tel.: (212) 335-4525 |
| E-mail: jchristensen@wigdorlaw.com | E-mail: joseph.piesco@dlapiper.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Twenty-First Century Fox, Inc., and Fox News Network, LLC* |

| | |
|---|---|
| **EPSTEIN BECKER & GREEN, P.C.** | **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.** |
| By: _____ | By: _____ |
| Ronald M. Green, Esq. | Catherine M. Foti, Esq. |
| David M. Garland, Esq. | |
| Barry Asen, Esq. | |
| | |
| 250 Park Avenue | 565 Fifth Avenue |
| New York, New York 10177 | New York, New York 10017 |
| Tel.: (212) 351-4847 | Tel.: (212) 856-9600 |
| E-mail: rgreen@ebglaw.com | E-mail: cfoti@maglaw.com |
| | |
| *Attorneys for Defendants Dianne Brandi and Susan Lovallo* | *Attorneys for Defendant Judith Slater* |

WIGDOR LLP

By: _____
Douglas H. Wigdor, Esq.
Jeanne M Christensen, Esq.
Michael J. Willemin, Esq.

85 Fifth Avenue
New York, New York 10003
Tel.: (212) 257-6800
E-mail: jchristensen@wigdorlaw.com

*Attorneys for Plaintiffs*

DLA PIPER LLP (US)

By: _____
Eric J. Wallach, Esq.
Joseph A. Piesco, Jr., Esq.
Garrett D. Kennedy, Esq.

1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4525
E-mail: joseph.piesco@dlapiper.com

*Attorneys for Defendants Twenty-First Century Fox, Inc., and Fox News Network, LLC*

EPSTEIN BECKER & GREEN, P.C.

By: _____
Ronald M. Green, Esq.
David M. Garland, Esq.
Barry Asen, Esq.

250 Park Avenue
New York, New York 10177
Tel.: (212) 351-4847
E-mail: rgreen@ebglaw.com

*Attorneys for Defendants Dianne Brandi and Susan Lovallo*

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

By: _____
Catherine M. Foti, Esq.

565 Fifth Avenue
New York, New York 10017
Tel.: (212) 856-9600
E-mail: cfoti@maglaw.com

*Attorneys for Defendant Judith Slater*

**WIGDOR LLP**

By: _____
    Douglas H. Wigdor, Esq.
    Jeanne M Christensen, Esq.
    Michael J. Willemin, Esq.

85 Fifth Avenue
New York, New York 10003
Tel.: (212) 257-6800
E-mail: jchristensen@wigdorlaw.com

*Attorneys for Plaintiffs*

**EPSTEIN BECKER & GREEN, P.C.**

By: _____
    Ronald M. Green, Esq.
    David M. Garland, Esq.
    Barry Asen, Esq.

250 Park Avenue
New York, New York 10177
Tel.: (212) 351-4847
E-mail: rgreen@ebglaw.com

*Attorneys for Defendants Dianne Brandi and Susan Lovallo*

**DLA PIPER LLP (US)**

By: _____
    Eric J. Wallach, Esq.
    Joseph A. Piesco, Jr. , Esq.
    Garrett D. Kennedy, Esq.

1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4525
E-mail: joseph.piesco@dlapiper.com

*Attorneys for Defendants Twenty-First Century Fox, Inc., and Fox News Network, LLC*

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

By: /s/ Catherine M. Foti
    Catherine M. Foti, Esq.

565 Fifth Avenue
New York, New York 10017
Tel.: (212) 856-9600
E-mail: cfoti@maglaw.com

*Attorneys for Defendant Judith Slater*