```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADASA BLANCO AND VIYA MANN,

                Plaintiffs,

    -against-

TWENTY-FIRST CENTURY FOX, INC., FOX
NEWS NETWORK LLC, JUDITH SLATER, in
her individual and professional capacities, and
DIANNE BRANDI, in her individual and
professional capacities and SUSAN LOVALLO,
in her individual and professional capacities,

                Defendants.

-----------------------------------------------------------------X

**ORDER ADJOURNING CONFERENCE**

**1-17CV3017(ALC)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    In light the Stipulation of Dismissal filed on June 4, 2018 (doc. no 67) the Status Conference currently scheduled for June 5, 2018 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: June 5, 2018
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge